[No. 5260-5-III.   Division Three.   May 17, 1984.]

JEAN L. McKLOY, *Respondent,* v. COMMUNITY PERSONAL
GUIDANCE BOARD, INC., ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Spo-
kane County, No. 81-2-00496-7, Marcus M. Kelly, J.,

▬▬▬▬

entered June 10, 1982. *Affirmed* by unpublished opinion per Green, A.C.J., concurred in by McInturff and Thompson, JJ.